# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI EDMONDS,<br><br>　　　　Plaintiff,<br>　v.<br><br>SIGNATURE VANDGUARD<br>SOLUTIONS, LLC,<br><br>　　　　Defendants. | 1: 09-CV-2136 AWI SMS<br><br>ORDER REFERRING PENDING MOTION TO ENFORCE SETTLEMENT AGREEMENT TO MAGISTRATE JUDGE SANDRA M. SNYDER<br><br>ORDER VACATING SEPTEMBER 27, 2010 HEARING DATE |

　　Plaintiff has filed a motion to enforce a settlement agreement. Plaintiff noticed her motion for hearing before the undersigned for February 27, 2010. The court finds that the pending motion should be referred to Magistrate Sandra M. Snyder pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to enforce a settlement agreement is REFERRED to Magistrate Judge Sandra M. Snyder;

2. The September 27, 2010 hearing before the undersigned is VACATED; and

3. In the event Magistrate Sandra M. Snyder desires a hearing on the pending motion, Magistrate Judge Sandra M. Snyder will re-notice the motion at a hearing date and time convenient to her.

IT IS SO ORDERED.

Dated:　September 23, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE